The Order of the Court is stated below:
Dated: October 21, 2019
09:11:44 AM

At the direction of:
/s/ THOMAS LOW
District Court Judge

by

/s/ ROSE WELLS
District Court Clerk

Andrew G. Deiss (Utah Bar No. 7184)
John Robinson Jr. (Utah Bar No. 15247)
Brenda E. Weinberg (Utah Bar No. 16187)
DEISS LAW PC
10 West 100 South, Suite 425
Salt Lake City, Utah 84101
Tel: (801) 433-0226
adeiss@deisslaw.com
jrobinson@deisslaw.com
bweinberg@deisslaw.com
*Attorneys for the Plaintiffs*

## IN THE FOURTH DISTRICT COURT, PROVO DIVISION
## UTAH COUNTY, STATE OF UTAH

| | |
|---|---|
| **IBC ADVANCED TECHNOLOGIES, INC.**,<br><br>*Plaintiff*,<br><br>vs.<br><br>**6th WAVE INNOVATIONS CORP,** a Utah corporation, and **MICHAEL L. SCHRIDER,** an individual,<br><br>*Defendants*. | ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERLENGTH MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION<br><br>Case No.<br><br>Tier III |

Having Reviewed Plaintiff IBC Advanced Technologies, Inc.'s Motion for Leave to File Overlength Motion for Temporary Restraining Order and Preliminary Injunction, and for good cause showing, it is hereby ORDERED that Plaintiff's Motion for Leave to File Overlength Motion for Temporary Restraining Order and Preliminary Injunction is GRANTED.

***END OF ORDER***

*** DATE AND SIGNATURE OF THE COURT APPEAR AT THE TOP OF THE FIRST PAGE***